FILED

07/20/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0667

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 22-0667

_____

MONTANA DEMOCRATIC PARTY and MITCH
BOHN, WESTERN NATIVE VOICE, et al.,
MONTANA YOUTH ACTION, et al.,

     Plaintiffs and Appellees,

  v.

CHRISTI JACOBSEN, in her official capacity
as Montana Secretary of State,

     Defendant and Appellant.

O R D E R

_____

     Henry J. Brewster has filed a motion to withdraw as counsel for Appellees Montana Democratic Party and Mitch Bohn. Good cause appearing,

     IT IS HEREBY ORDERED that Brewster's motion to withdraw from representation of this appeal is GRANTED.

     The Clerk is directed to provide a copy of this Order to Henry J. Brewster and all counsel of record.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
July 20 2023